UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA ALCAZAR, *et al.*,

        Plaintiffs,

vs.

        Case No. 14-cv-13739
        HON. GERSHWIN A. DRAIN

WALGREENS CO., d/b/a
WALGREENS,

        Defendant.
_____/

**ORDER DENYING JOINT MOTION TO STAY ALL PROCEEDINGS AND, FOLLOWING STAY, TO PERMIT A SECOND AMENDED COMPLAINT [#5]**

On September 30, 2014, Plaintiffs filed an Amended Complaint pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Presently before the Court is the parties' Joint Motion to Stay All Proceedings and Following Stay, to Permit a Second Amended Complaint, filed on December 31, 2014.

In the present motion, the parties indicate that the First Amended Complaint will need to be amended in order to include certain information that is missing in the Amended Complaint, including but not limited to, the dates each of the thirty-eight (38) Plaintiffs were employed with Defendant, and the specific store where each Plaintiff worked as an Executive Assistant Manager. The parties further argue that they are interested in participating in early

settlement discussions and believe it will be a waste of time to engage in scheduling conferences, formal discovery and motion practice.

On February 10, 2015, the parties appeared for a scheduling conference in this matter. At the conference, the parties discussed the nature and status of the case. The Court and the parties agreed to permit amendment of the pleadings no later than March 20, 2015. Upon consideration of the discussion at the conference and the present motion, the Court does not find a stay of the instant proceedings is warranted under the circumstances.

Accordingly, the parties' Joint Motion to Stay All Proceedings and, Following Stay, to Permit a Second Amended Complaint [#5] is DENIED.

SO ORDERED.

Dated: February 11, 2015          /s/Gershwin A Drain
                                  GERSHWIN A. DRAIN
                                  UNITED STATES DISTRICT JUDGE